Schuylkill Trust Company, Trustee, Appellant, *v.*
Schuylkill Mining Company.

Argued January 7, 1948. Before MAXEY, C. J., DREW,
LINN, STERN, STEARNE and JONES, JJ.

540

*Henry Houck*, with him *Edgar Downey*, for appellant.

*Roy P. Hicks*, with him *James J. Gallagher*, for appellee.

The decree is affirmed on the opinion of President Judge PALMER of the court below. Costs to be paid by the appellant.

PER CURIAM, March 22, 1948: